Megan E. Glor
SWANSON, THOMAS & COON
The Thomas Mann Building
820 SW Second Avenue, Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
E-mail address: mglor@stc-law.com

Of Attorneys for Plaintiff

FILED'06 JAN 23 13:23 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GERALD LUTTRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY and SIERRA ON-LINE, INC. EMPLOYEE BENEFIT PLAN<br><br>Defendant. | Civil No. CV-03-726-KI<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Based on the stipulation of the parties, it is

**CONSIDERED, ORDERED AND ADJUDGED** that the above entitled suit be, and is hereby dismissed without prejudice and without costs to any party pursuant to ~~ORCP 54(A)(1)~~ FRCP 41(a)(1).

DATED this 20 day of Jan, 2006.

_____
U.S. District Court Judge

PAGE 1 - STIPULATED JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

**SWANSON THOMAS & COON**

_____
Megan E. Glor, OSB #92017
Of Attorneys for Plaintiff
(503) 228-5222


**ALTSCHUL LAW OFFICE, PC**

_____
Andrew Altschul, OSB #98030
Of Attorneys for Plaintiff
(503) 417-0444

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL

SWANSON, THOMAS & COON
The Thomas Mann Building
820 S.W. Second Avenue, Suite 200
Portland, OR 97204
(503) 228-5222